```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3    JOHN DEBLASIO,                  )  No. 13 C 1627
                                      )
 4                     Plaintiff,     )  Chicago, Illinois
                                      )  November 15, 2013
 5                                    )  8:50 o'clock a.m.
      -vs-                            )
 6                                    )
                                      )
      SABRINA MARIE WADHAMS,          )
 7                                    )
                       Defendant.     )
 8

 9            TRANSCRIPT OF PROCEEDINGS - STATUS
           BEFORE THE HONORABLE MILTON I. SHADUR
10
      APPEARANCES:
11
      For the Plaintiff:       MR. FRANKLIN P. ANDREANO
12                             BRUMUND JACOBS HAMMEL DAVIDSON
                               & ANDREANO, LLC
13                             58 East Clinton
                               Joliet, Illinois 60432
14

15    For the Defendant:       MS. SABRINA M. WADHAMS, pro se

16

17

18

19

20

21

22

23    Court Reporter:         ROSEMARY SCARPELLI
                              219 South Dearborn Street
24                            Room 2304A
                              Chicago, Illinois  60604
25                            (312) 435-5815
```

1        THE CLERK:  13 C 1627, Deblasio versus Wadams.

2        MR. ANDREANO:   Good morning, your Honor, Frank

3    Andreano on behalf of plaintiff.

4        MS. WADHAMS:  Good morning, your Honor, I am

5    Sabrina Wadhams.

6        THE COURT:  Good morning.  Miss Wadhams, you have

7    seen the motion that was filed because of your nonappearance

8    at the scheduled deposition.

9        MS. WADHAMS:  I have, your Honor.  I received it

10   yesterday.  I cancelled the deposition because my grandmother

11   has been in the hospital and I asked for it to be

12   rescheduled.  And I never received a phone call.

13       THE COURT:  Well, wait a minute.  Did you let them

14   know ahead of time?

15       MS. WADHAMS:  Yes, I spoke with Mr. Frank Andreano

16   in person on the 31st of October at the River Valley Justice

17   Center in Joliet.

18       MR. ANDREANO:   No, sir.  I have no idea what she

19   is talking about.

20       THE COURT:  Is this the gentleman you said you

21   talked with?

22       MS. WADHAMS:  Yes, your Honor, at the River Valley

23   Justice Center in Joliet on October 31st?

24       THE COURT:  Were you at that --

25       MR. ANDREANO:   I was at the River Valley Justice

1   Center on another case, and I never had a conversation with
2   Miss Wadhams other than her saying, "I think I know who you
3   are."  And I said, "I don't know who you are," because I have
4   never met her at prior depositions that I know of.  And she
5   said, "You are Frank Andreano."  I said, "Yes, that is it."
6   I asked who she was.  She said she is Sabrina Wadhams.  And I
7   said, "Nice to meet you."  That was the extent of our
8   conversation and I have -- I don't know what she is talking
9   about.

10              THE COURT:  Well, Miss Wadhams, you know, when we
11  have diametrically opposed statements about what happened or
12  what didn't happen, the Court has, of course, a way to
13  conduct a hearing on that and find out -- and make a
14  decision.  It is obvious that I have to believe one of you
15  and disbelieve the other one.  And the only way I can figure
16  out to do that is the way that we typically do in litigation,
17  and that is conduct a hearing and make a judgment about it.

18              Counsel has said -- had you previously met him?
19              MS. WADHAMS:  Yes, I have, your Honor.
20              THE COURT:  When, where?
21              MS. WADHAMS:  Prior to this at the River Valley
22  Justice Center on the 31st I met him.
23              THE COURT:  No, no, I am asking whether before --
24  you had met him before the 31st.
25              MS. WADHAMS:  Yes.

1          THE COURT:  Where was that and when?

2          MS. WADHAMS:  That was at the Joliet Courthouse,

3    the annex building.

4          MR. ANDREANO:   That's right, I saw her one time.

5    That's right, I saw her one time for I think three minutes,

6    maybe, when we set a -- when the judge called the case and

7    set a date.  That's right, one time.

8          THE COURT:  Well, you know, somebody is not telling

9    the truth.  And, as I say, I only know one way to determine

10   that, and that is to conduct a hearing.  And so I suppose I

11   am going to have to do that and both of you are going to have

12   to go under oath and tell what your own versions are, and I

13   will make a determination.  So I am going to enter and

14   continue this motion and I am -- and as a matter of setting

15   up a convenient time.

16          In the meantime, however, let me urge you -- you

17   know, it is very difficult -- and I am sure you understand

18   that -- for nonlawyers to represent themselves in connection

19   with lawsuits.  It is difficult for them in part because

20   lawsuits tend to be technical and it is very hard for a

21   nonlawyer to deal with that.  But also in part because when

22   we have lawyer-to-lawyer discussions and meetings, we really

23   never run into this kind of thing where there is a dispute.

24          Now, I don't know whether you have made any effort

25   to get someone to replace your withdrawn counsel or not.

1      MS. WADHAMS:  I am still seeking out counsel, your

2   Honor.

3      THE COURT:  Well, let's set up a time for a

4   hearing.  I do not have a trial next week and so I think that

5   in terms -- take a look, Sonya.  I think in terms of Tuesday

6   the 19th, Wednesday the 20th, or Friday the 22nd, I could do

7   it.  And as a matter of fact I could even I believe do it on

8   Thursday, the 21st, in the morning.  I would typically expect

9   that maybe 10:00 o'clock or so would be a good time because I

10   am always through with my motions and statuses by then and

11   the trial that I had scheduled just settled out not long ago.

12      Am I right, Sonya, any of those days is clear,

13   right?

14      THE CLERK:  Yeah.

15      THE COURT:  Anything from Tuesday, the 19th,

16   through Friday, the 22nd, right?

17      THE CLERK:  Tuesday, the 19th, at --

18      THE COURT:  10:00 o'clock.

19      THE CLERK:  Yes.  You have 9:30 cases on the 20th.

20      THE COURT:  On which one?

21      THE CLERK:  On the 20th.

22      THE COURT:  What is --

23      THE CLERK:  You have Falcon versus Gray and U.S.

24   Bank National versus Capital Realty.

25      THE COURT:  So Wednesday, the 20th, is out.

1         THE CLERK:  Okay.

2         THE COURT:  How about the 21st?

3         THE CLERK:  That is open.

4         THE COURT:  And the 22nd is ope?n.

5         THE CLERK:  And the 22nd is open.

6         THE COURT:  Tuesday the 19th, Thursday the 21st,

7    Friday the 22nd.  What date is best for both of you?

8         MS. WADHAMS:  I won't be able to do Tuesday.  I

9    will be meeting with an attorney on that date.  And I have a

10   medical appointment on Thursday, so I will not be able to

11   attend.

12        THE COURT:  So which one do you want?

13        MS. WADHAMS:  I believe you mentioned Friday was

14   acceptable.

15        THE COURT:  Right.

16        MS. WADHAMS:  I believe I will be able to do

17   Friday.

18        THE COURT:  Is that good for you?

19        MR. ANDREANO:  Acceptable, yes.

20        THE COURT:  So we are -- I am entering and

21   continuing the motion and we are going to have a hearing at

22   10:00 a.m. on Friday, November 22nd.

23        Thank you.

24        MR. ANDREANO:   Thank you.

25        MS. WADHAMS:  Thank you.

1       (Which were all the proceedings heard.)

2                         CERTIFICATE

3       I certify that the foregoing is a correct transcript

4   from the record of proceedings in the above-entitled matter.

5

6   s/Rosemary Scarpelli/        Date:  November 18, 2013

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25